THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREAT LAKES INSURANCE SE,

    Plaintiff,

  v.

MYERS REGULINSKI 1996 REVOCABLE TRUST,

    Defendants.

Case No. 2:21-cv-01241-KKE

**STIPULATION AND ORDER TO CONTINUE TRIAL**

COME NOW the parties to this action and agree and stipulate that this matter be set for a bench trial commencing January 6, 2025 at 9:30 a.m. The remaining pretrial schedule is as follows:

| Event | Date |
| --- | --- |
| Length of Trial | 3 – 5 days |
| Deadline for joining additional parties | 5/17/24 |
| Deadline for filing amended pleadings | 6/14/24 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 6/10/24 |
| All motions related to discovery must be filed by | 7/11/24 |
| Discovery must be completed by | 8/9/24 |

STIPULATION AND ORDER TO CONTINUE TRIAL - 1
Case No. 2:21-cv-01241-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 9/9/24 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 11/7/24 |
| All motions in limine must be filed by | 12/3/24 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 11/16/24 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 12/23/24 |
| Pretrial conference scheduled at | 12/20/24, 10:00 a.m. |

This order is subject to the same provisions (other than the above dates) as are contained in this Court's Order Setting Bench Trial Date and Related Dates filed March 29, 2024 [Dkt. #38].

DATED this 18th day of April, 2024.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Attorney for Defendant
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com

THE GOLDMAN MARITIME LAW GROUP

*/s/Steven Goldman*
Steven Goldman, *Pro Hac Vice*
Attorney for Plaintiff
401 East Las Olas Blvd, Suite 1400

STIPULATION AND ORDER TO CONTINUE TRIAL - 2
Case No. 2:21-cv-01241-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Fort Lauderdale, FL 33301
Phone: 954.332.2448
Fax: 954.832.0787
Email: steven@goldmanmaritime.com

LEGROS BUCHANAN & PAUL

　　　*/s/ Markus Oberg*
Markus B.G. Oberg, WSBA #34914
Attorney for Plaintiff
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax: 206.467.4828
Email: moberg@legros.com

It is so ORDERED.

DATED this 18th day of April, 2024.

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER TO CONTINUE TRIAL - 3
Case No. 2:21-cv-01241-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2024, a true and correct copy of the foregoing was sent via CM/ECF system to:

*Attorneys for Plaintiff*

Markus B.G. Oberg, WSBA #34914
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, WA  98106
Email: moberg@legros.com

Steven E. Goldman, *Pro Hac Vice*
The Goldman Maritime Law Group
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Email: steven@goldmanmaritime.com

*/s/ Holly Mote*
Holly Mote

G:\7861\33144\Pleading\drafts\Stip to Cont Trial.docx

STIPULATION AND ORDER TO CONTINUE TRIAL - 4
Case No. 2:21-cv-01241-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289