THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREAT LAKES INSURANCE SE,

        Plaintiff,

  v.

MYERS REGULINSKI 1996 REVOCABLE TRUST,

        Defendants.

Case No. 2:21-cv-01241-KKE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties to this action and agree and stipulate that this matter be dismissed with prejudice as the matter is now resolved. The parties will bear their own fees and expenses.

DATED this 29th day of July, 2024.

HOLMES WEDDLE & BARCOTT, P.C.

      */s/Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 2:21-cv-01241-KKE

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.
2. 3101 Western Ave, Suite 500
   Seattle, WA 98121
   Phone: 206-292-8008
3. Fax: 206-340-0289
   Email: mbarcott@hwb-law.com
4. THE GOLDMAN MARITIME LAW
   GROUP
5.
6. _____/s/Steven Goldman_____
   Steven Goldman, *Pro Hac Vice*
   Attorney for Plaintiff
7. 401 East Las Olas Blvd, Suite 1400
   Fort Lauderdale, FL 33301
8. Phone: 954.332.2448
   Fax: 954.832.0787
9. Email: steven@goldmanmaritime.com
10. LEGROS BUCHANAN & PAUL
11.
12. _____/s/ Markus Oberg_____
    Markus B.G. Oberg, WSBA #34914
    Attorney for Plaintiff
13. 4025 Delridge Way SW, Suite 500
    Seattle, WA 98106
14. Phone: 206.623.4990
    Fax: 206.467.4828
15. Email: moberg@legros.com
16.
17.
18. It is so ORDERED.
19.
20. DATED this 30th day of July, 2024.
21.
22. *[signature: Kymberly K. Evanson]*
23. Kymberly K. Evanson
    United States District Judge
24.
25.
26. STIPULATION AND ORDER FOR DISMISSAL
    WITH PREJUDICE - 2
    Case No. 2:21-cv-01241-KKE

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26. STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 3
Case No. 2:21-cv-01241-KKE

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2024, a true and correct copy of the foregoing was sent via CM/ECF system to:

*Attorneys for Plaintiff*

Markus B.G. Oberg, WSBA #34914
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, WA  98106
Email: moberg@legros.com

Steven E. Goldman, *Pro Hac Vice*
The Goldman Maritime Law Group
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Email: steven@goldmanmaritime.com

_____
Holly Mote

G:\7861\33144\Pleading\drafts\Stip for Dismissal w prejudice.docx

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 4
Case No. 2:21-cv-01241-KKE

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289